# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **KIMBERLY NOTTO-LOCKLEY** | **CIVIL DOCKET NO. 6:24-CV-00291** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SCHOOL BOARD OF ST MARY PARISH, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, and noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 10] is correct and adopts the findings and conclusions as its own,

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, the MOTION TO DISMISS [Doc. 7] filed by Defendants, St. Mary Parish School Board be GRANTED and that all claims asserted by Plaintiff, Kimberly Notto-Lockley be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 19th day of November 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE